# EXHIBIT A

## Transfer to a bank overseas

**Important Notice:**

To facilitate processing for banks, please enter payment details indicating purpose of payment clearly, some examples are:

| No | Clear examples: | Unclear examples: |
|----|----|----|
| 1 | advertising consultancy - invoice no. xxxxx | invoice xxxxx |
| 2 | payment for machinery invoice no. yyyy | on behalf of ABCDEFG Pte Ltd |
| 3 | rental payment for May | refer email for details |
| 4 | shipping expense payment | reimbursement |

**Transaction Status: Successful**

Sent for clearing

Creation Date: 17 Sep 2018 20:14:58

### From

**Your Account**
Redacted1301 - USD   FINSTAR MANAGEMENT (OVERSEAS) LTD

**Value Date**
18 Sep 2018

**Amount**
250,000.00   USD

**OCBC Singapore and other banks' charges will be paid by**
You (OUR)

**Payment Details**
Payment under Loan Agreement dd.06.09.2018

### To

**SWIFTCode**
AGRNMD2X

**Local Clearing Code**
-

**Beneficiary Bank Name and Address**
BC MOLDOVA - AGROINDBANK S.A.
CONSTANTIN TANASE 9/1
CHISINAU
MOLDOVA, REPUBLIC OF

**Beneficiary Bank Country Code**
MD

**Beneficiary Account No.**
Redacted2982

**Beneficiary Name and Address**
GRINSHPUN EMMANUIL
1 FRUMUSHIKA STREET
CHISINAU, MOLDOVA 2012

### Other Details (optional)

**Your Reference No.**
SGTT180917238376

**Information for Beneficiary Bank**

Details
PAYMENT UNDER LOAN AGREEMENT DD.06.09.2018

**Important Note:**

(1) The cut-off time for the approval of Telegraphic transfer varies between different currencies. If you approve after the cut-off time, the earliest value date of this transaction will be the next working day.

(2) Please check the status of your transaction to make sure that it has been successfully processed.

**Debit advice**

Reference: **FT1426529639**

Customer: 414774  MISER DEVELOPMENT LIMITED

Account: Redacted 7 4000 1

We have today executed the following  OUTWARD SWIFT-TELEX PAYMENT  instruction for value date  22.09.14

| | |
|---|---|
| Beneficiary | TRIDIS LIMITED the valley British Anguilia,VG |
| Account No. | Redacted 3112 |
| Account with bank | LATBLV22<br>NORVIK BANKA, JSC 21 BIRZNIEKA-UPISHA STREET RIGA LATVIA |
| Sender correspondent bank | COBADEFF<br>COMMERZBANK AG KAISERSTRASSE 16 FRANKFURT AM MAIN GERMANY |
| Payment details | LOAN AGREEMENT DD SEPTEMBER 11, 2014. |
| Charges were paid by Remitter/Beneficiary /Shared | Remitter: all charges are paid by remitter |

We have debited your account NO.   Redacted 7 4000 1  Value date  22.09.14

**Transfer amount**   USD  46,342.00

**Amount debited**   USD  46,342.00

This advice has been created and effected electronically and is valid without officer signature/seal.

- AS "Citadele banka"
  Reģ. Nr. 40103303559
- Republikas laukums 2A
  Rīga, LV-1010, Latvija
- Phone: (+371) 6701 0000

20.10.14 / 13:17

**Debit advice**

Reference: **FT1424042739**

Customer: 414774  MISER DEVELOPMENT LIMITED

Account: Redacted 4000 1

We have today executed the following OUTWARD SWIFT-TELEX PAYMENT instruction for value date 28.08.14

| | |
|---|---|
| Beneficiary | TRADEMARKET NETWORKS L.P. MONTGOMERY EDINBURGH,GB |
| Account No. | Redacted 9900 |
| Account with bank | PRTTLV22<br>AS 'PRIVATBANK' 1 MUITAS STREET RIGA LATVIA |
| Sender correspondent bank | COBADEFF<br>COMMERZBANK AG KAISERSTRASSE 16 FRANKFURT AM MAIN GERMANY |
| Payment details | LOAN AGREEMENT MIS-TRM-25/08/2014 DD AUGUST 25, 2014. |
| Charges were paid by Remitter/Beneficiary /Shared | Remitter: all charges are paid by remitter |

We have debited your account NO. Redacted 4000 1  Value date  28.08.14

| | | |
|---|---|---|
| **Transfer amount** | USD | 145,500.00 |
| **Amount debited** | USD | 145,500.00 |

This advice has been created and effected electronically and is valid without officer signature/seal.

- AS "Citadele banka"
  Reģ. Nr. 40103303559
- Republikas laukums 2A
  Rīga, LV-1010, Latvija
- Phone: (+371) 6701 0000

20.10.14 / 13:01

**Debit advice**

Reference: **FT1426527871**

Customer: 414774  MISER DEVELOPMENT LIMITED

Account: Redacted 4000 1

We have today executed the following  OUTWARD SWIFT-TELEX PAYMENT  instruction for value date  22.09.14

| | |
|---|---|
| Beneficiary | CHISWICK GROUP SERVICES SA De Castro Street Tortola,VG |
| Account No. | Redacted 06589 |
| Account with bank | LATBLV22<br>NORVIK BANKA, JSC 21 BIRZNIEKA-UPISHA STREET RIGA LATVIA |
| Sender correspondent bank | COBADEFF<br>COMMERZBANK AG KAISERSTRASSE 16 FRANKFURT AM MAIN GERMANY |
| Payment details | LOAN AGREEMENT DD SEPTEMBER 11, 2014. |
| Charges were paid by Remitter/Beneficiary /Shared | Remitter: all charges are paid by remitter |

We have debited your account NO.  Redacted 4000 1  Value date  22.09.14

| | | |
|---|---|---|
| **Transfer amount** | USD | 163,275.00 |
| **Amount debited** | USD | 163,275.00 |

This advice has been created and effected electronically and is valid without officer signature/seal.

- AS "Citadele banka"
  Reģ. Nr. 40103303559
- Republikas laukums 2A
  Rīga, LV-1010, Latvija
- Phone: (+371) 6701 0000

20.10.14 / 13:16

**Debit advice**

Reference: **FT1425838224**

Customer: 414774  MISER DEVELOPMENT LIMITED

Account: Redacted 4000 1

We have today executed the following  OUTWARD SWIFT-TELEX PAYMENT  instruction for value date  15.09.14

| | |
|---|---|
| Beneficiary | SOHOTRACK IMPEX LLP OLD LONDON,GB |
| Account No. | Redacted 5001 |
| Account with bank | KBRBLV2X<br>TRASTA KOMERCBANKA MIESNIEKU IELA 9 RIGA LATVIA |
| Sender correspondent bank | COBADEFF<br>COMMERZBANK AG KAISERSTRASSE 16 FRANKFURT AM MAIN GERMANY |
| Payment details | LOAN AGREEMENT DD SEPTEMBER 11, 2014. |
| Charges were paid by Remitter/Beneficiary /Shared | Remitter: all charges are paid by remitter |

We have debited your account NO.  Redacted  4000 1  Value date  15.09.14

| | |
|---|---|
| **Transfer amount** | USD  200,000.00 |
| **Amount debited** | USD  200,000.00 |

This advice has been created and effected electronically and is valid without officer signature/seal.

- AS "Citadele banka"
  Reġ. Nr. 40103303559
- Republikas laukums 2A
  Rīga, LV-1010, Latvija
- Phone: (+371) 6701 0000

20.10.14 / 13:14

**Debit advice**

Reference: **FT1426527579**

Customer: 414774  MISER DEVELOPMENT LIMITED

Account: Redacted 4000 1

We have today executed the following OUTWARD SWIFT-TELEX PAYMENT instruction for value date 22.09.14

| | |
|---|---|
| Beneficiary | METALFORUM LP Montgomery Edinburg,GB |
| Account No. | Redacted 8300 |
| Account with bank | PRTTLV22<br>AS 'PRIVATBANK' 1 MUITAS STREET RIGA LATVIA |
| Sender correspondent bank | COBADEFF<br>COMMERZBANK AG KAISERSTRASSE 16 FRANKFURT AM MAIN GERMANY |
| Payment details | LOAN AGREEMENT DD SEPTEMBER 11, 2014. |
| Charges were paid by Remitter/Beneficiary /Shared | Remitter: all charges are paid by remitter |

We have debited your account NO.  Redacted  4000 1  Value date  22.09.14

| | | |
|---|---|---|
| **Transfer amount** | USD | 290,383.00 |
| **Amount debited** | USD | 290,383.00 |

This advice has been created and effected electronically and is valid without officer signature/seal.

- AS "Citadele banka"
  Reģ. Nr. 40103303559
- Republikas laukums 2A
  Rīga, LV-1010, Latvija
- Phone: (+371) 6701 0000

20.10.14 / 13:16

**Debit advice**

Reference: **FT1417720691**

Customer: 408398  MERKEL BUSINESS OVERSEAS S.A.

Account: Redacted 8000 1

We have today executed the following  OUTWARD SWIFT-TELEX PAYMENT  instruction for value date 26.06.14

| | |
|---|---|
| Beneficiary | GLOBAL AMERICA TITLE SERVICES, LLC SHERIDAN HOLLYWOOD, FL,US |
| Account No. | Redacted 8006 |
| Account with bank | //Redacted 4987 1ST UNITED BANK BOCA RATON FL |
| Sender correspondent bank | BKTRUS33<br>DEUTSCHE BANK TRUST COMPANY AMERIC 60 WALL STREETMAIL SUITE NYC60-0501 NEW YORK,NY UNITED STATES |
| Payment details | Payment as per loan agreement to Emmanuil Grinshpun for Turnberry Ocean Collony Unit 1003 N and Cabana 01N |
| Charges were paid by Remitter/Beneficiary /Shared | Remitter: all charges are paid by remitter |

We have debited your account NO.  Redacted  8000 1  Value date  26.06.14

**Transfer amount**   USD  3,769,000.00

**Amount debited**   USD  3,769,000.00

This advice has been created and effected electronically and is valid without officer signature/seal.

- AS "Citadele banka"
  Reġ. Nr. 40103303559
- Republikas laukums 2A
  Rīga, LV-1010, Latvija

- Phone: (+371) 6701 0000

30.06.14 / 15:35

**Debit advice**

Reference: **FT1426529639**

Customer: 414774  MISER DEVELOPMENT LIMITED

Account: Redacted  4000 1

We have today executed the following  OUTWARD SWIFT-TELEX PAYMENT  instruction for value date  22.09.14

| | |
|---|---|
| Beneficiary | TRIDIS LIMITED the valley British Anguilia,VG |
| Account No. | Redacted 3112 |
| Account with bank | Redacted V22<br>NORVIK BANKA, JSC 21 BIRZNIEKA-UPISHA STREET RIGA LATVIA |
| Sender correspondent bank | COBADEFF<br>COMMERZBANK AG KAISERSTRASSE 16 FRANKFURT AM MAIN GERMANY |
| Payment details | LOAN AGREEMENT DD SEPTEMBER 11, 2014. |
| Charges were paid by Remitter/Beneficiary /Shared | Remitter: all charges are paid by remitter |

We have debited your account NO.  Redacted 7 4000 1  Value date  22.09.14

**Transfer amount**  USD  46,342.00

**Amount debited**  USD  46,342.00

This advice has been created and effected electronically and is valid without officer signature/seal.

- AS "Citadele banka"
  Reġ. Nr. 40103303559
- Republikas laukums 2A
  Rīga, LV-1010, Latvija
- Phone: (+371) 6701 0000

20.10.14 / 13:17